J. Litwin and C. F. Kuhlow, Appellants, v. Halsey, Stuart & Co., Inc., et al., Appellees.

Gen. No. 42,923.

opinion filed December 19, 1944; released for publication January 4, 1945. Shulman, Shulman & Abrams, for appellants; Meyer Abrams, of counsel; Schuyler & Hennessy, for appellees; Daniel J. Schuyler, George W. Lennon and Jay Stough, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full.

Albert J. Horan, for use of Eddy Stoker Corporation, Appellee, v. Continental Casualty Company, Appellant.

Gen. No. 43,000.

opinion filed December 19, 1944; released for publication January 4, 1945. Landis & Landis, for appellant; Maxwell Landis, of counsel; G. Donald Whitehouse, for appellee. Opinion by JUSTICE FRIEND. Not to be published in full.